**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6653

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NATHANIEL GRAHAM, a/k/a Nasty,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:12-cr-00188-FDW-DSC-13)

Submitted:  October 2, 2023                          Decided:  October 4, 2023

Before DIAZ, Chief Judge, and AGEE and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Graham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Graham appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023).  We have reviewed the record and conclude that the district court did not abuse its discretion.  Accordingly, we affirm the district court's order.  *United States v. Graham*, No. 3:12-cr-00188-FDW-DSC-13 (W.D.N.C. May 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*